McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME FERNANDEZ,<br><br>Defendant. | CASE NO. 2:16-CR-00115-KJM<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Jaime Fernandez filed a motion for reduction in sentence and compassionate release on August 7, 2020. Docket No. 89. Pursuant to local rule, the government's response is due by August 14, 2020, and any reply due August 17, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

1     3. Accordingly, by this stipulation, the parties now request that:

2         a) The government's opposition or response to defendant's motion, Docket No. 89, be due on August 21, 2020; and

4         b) The defense reply, if any, will be due on August 28, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT  
United States Attorney

Dated: August 14, 2020

*/s/ Jason Hitt*  
JASON HITT  
Assistant United States Attorney

Dated: August 14, 2020      */s/ Douglas Beevers*  
DOUGLAS BEEVERS  
Counsel for Defendant

ORDER

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 89, is due on August 21, 2020;

    b)    The defense reply, if any, will be due on August 28, 2020.

IT IS SO ORDERED.

DATED: August 20, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE